(May 1, 1961)

■    (A) ROSE ALBIN, Respondent, v. MICHAEL B. ALBIN, Appellant. (B) EASTERN FIREPROOFING COMPANY, INC., Plaintiff, v. CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWNS OF BLOOMING GROVE, and Others, Defendants, WILLIAM GREEN, Trading under the Name of GREEN CONSTRUCTION COMPANY, Appellant, and CUPPLES PRODUCTS CORPORATION, Respondent.— [In each action] Motion by appellant for leave to appeal to the Court of Appeals, denied. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■    LEWIS K. APTON et al., Appellants-Respondents, v. BARDON STRUCTURES, INC., et al., Respondents-Appellants.— Motion by plaintiffs: (1) to dispense with printing of record and exhibits; and (2) to enjoin defendants from interfering with plaintiffs' use of the common driveway. Motion granted to the extent of dispensing with the printing of the exhibits; in all other respects, motion denied. The original exhibits shall be submitted on the argument of the appeal. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■    ROSE M. BARNWELL, Respondent, v. NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Motion by respondent for reargument and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals, granted. Pursuant to paragraph (a) of subdivision 4 of section 589 of the Civil Practice Act, this court certifies that questions of law have arisen which in its opinion ought to be reviewed by the Court of Appeals. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■    MURIEL BROOKS et al., Appellants, v. FISCHER BAKING COMPANY et al., Respondents.— Motion by respondents to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. Appellants' brief must be served and filed on or before August 1, 1961. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■    E. KENNETH DELP, Respondent, v. WILLIAM RIMEIK, Appellant and Third-Party Plaintiff-Appellant. FRANK P. REGGIO et al., Third-Party Defendants-Respondents.— Motion by appellant to vacate order dated March 11, 1960, dismissing the appeal, and to restore the appeal to the calendar, granted; order vacated and appeal ordered on the September Term Calendar, beginning September 6, 1961. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■    G. THURMAN FULMER, Appellant, v. LESLIE O. ASHTON et al., Respondents.— Motion by appellant to dispense with printing of record granted to the extent that the appellant may dispense with printing of the exhibits, the original exhibits to be submitted on the argument of the appeal. In other respects the motion is denied. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■    LOUISE GAROFALO, Appellant, v. ROY GAROFALO, Respondent.— Motion by respondent to dispense with printing dismissed as academic. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.